UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,     :   15 CR. 288 (RMB)
                                              :
      - against -                           :   **ORDER**
                                              :
RORY DUFFUS,                                  :
                                              :
                    Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 30, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 686 778 29#

Dated: August 23, 2023
       New York, NY

                                                  _/s/ Richard M. Berman_
                                                  **RICHARD M. BERMAN**
                                                         U.S.D.J.