**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,          :         15 CR. 288 (RMB)
                                           :
          - against -                      :         **ORDER**
                                           :
RORY DUFFUS,                               :
                      Defendant.           :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 11, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 993 195 650#

Dated: October 4, 2023
       New York, NY

                                                     _____
                                                     **RICHARD M. BERMAN**
                                                     **U.S.D.J.**