**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                  Government,   :     15 CR. 288 (RMB)
                                                   :
      - against -                               :     **ORDER**
                                                   :
RORY DUFFUS,                                       :
                  Defendant.    :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, November 2, 2023 at 12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 995 125 923#

Dated: October 25, 2023
      New York, NY

                                                      _____
                                                        **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**