**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                              :
                      Government,         :        15 CR. 288 (RMB)
                                                              :
        - against -                              :        **ORDER**
                                                              :
RORY DUFFUS,                                        :
                      Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, January 31, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 892 256 450#

Dated: January 17, 2024
        New York, NY

                                                        _____
                                                        **RICHARD M. BERMAN**
                                                            **U.S.D.J.**