UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                          :
                          Government,                 :        15 CR. 288 (RMB)
                                                                          :
           - against -                                   :        **ORDER**
                                                                          :
RORY DUFFUS,                                         :
                           Defendant.                  :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Wednesday, January 31, 2024 at 11:00 A.M. is hereby rescheduled to Thursday, February 8, 2024 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 892 256 450#

Dated: January 31, 2024
       New York, NY

                                                                                _____
                                                                                **RICHARD M. BERMAN**
                                                                                        U.S.D.J.