UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,      :       15 CR. 288 (RMB)
                                         :
            - against -                  :       **ORDER**
                                         :
RORY DUFFUS,                             :
                        Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, March 13, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 506 893 434#

Dated: March 7, 2024
       New York, NY

_____
**RICHARD M. BERMAN**
       **U.S.D.J.**