UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                Government,    :        15 CR. 288 (RMB)
                                   :
      - against -                :        **ORDER**
                                   :
RORY DUFFUS,                       :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, April 22, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 148 257 907#

Dated: April 17, 2024
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**