UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,      :        15 CR. 288 (RMB)
                                         :
        - against -                   :        **ORDER**
                                         :
RORY DUFFUS,                             :
                                         :
                Defendant.       :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, June 26, 2024 at 2:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 386 558 399#

Dated: June 18, 2024
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                           U.S.D.J.