UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                      Government,      :      15 CR. 288 (RMB)
                                            :
       - against -                         :      **ORDER**
                                            :
RORY DUFFUS,                                :
                                            :
                      Defendant.       :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, September 4, 2024 at 9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 884 338 533#

Dated: August 28, 2024
       New York, NY

*Richard M. Berman*
_____
       **RICHARD M. BERMAN**
              **U.S.D.J.**