UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,          :       15 CR. 288 (RMB)
                                           :
            - against -                    :       **ORDER**
                                           :
RORY DUFFUS,                               :
                                           :
                      Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 15, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 847 972 221#

Dated: October 9, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.